IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRUZ VALDEZ-GONZALES,
TATIANA CASAS and MARVIN MENDEZ,

    Plaintiffs,

vs.                                                             CIV 17-0799 KG/KBM

PATRICK M. CONWAY, JR. and
FORWARD AIR SOLUTIONS INC.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On June 23, 2017, Plaintiffs filed a *Complaint for Personal Injuries* against Defendants in the Second Judicial District Court, County of Bernalillo, State of New Mexico. (Doc. 1-1). On August 4, 2017, Defendants removed that case to this Court pursuant to 28 U.S.C. §1441(b), claiming diversity jurisdiction. (Doc. 1). However, based on what Defendants represented in their Notice of Removal this Court fails to see diversity jurisdiction in this case.

THEREFORE, IT IS ORDERED that

1. counsel appear telephonically on Monday, September 25, 2017, at 1:30 PM, in order for Defendants' attorneys to explain why this case should not be remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico for lack of diversity jurisdiction; and

2. counsel shall call in to Judge Gonzales' Meet-Me Conference Line at 505-348-2354 to be connected to the conference.

                                                                                                     UNITED STATES DISTRICT JUDGE