IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRUZ VALDEZ-GONZALES, TATIANA CASAS,
and MARVIN MENDEZ,

    Plaintiffs,

vs.                                                                                                          CV No. 17-0799 KG/KBM

PATRICK M. CONWAY, JR., and
FORWARD AIR SOLUTIONS, INC.,

    Defendants.

## ORDER

This matter comes before the Court upon the Court's Order to Show Cause, filed on September 14, 2017. (Doc. 8). On September 25, 2017, the Court held a telephonic hearing on the Order to Show Cause. Present at the hearing were Nicholas A. Norden, counsel for Plaintiffs, and Amy Elizabeth Headrick, counsel for Defendants.

Having heard from counsel, the Court will take this matter under advisement and entertain additional briefing on the amount in controversy to determine whether this Court has jurisdiction in this matter. Defendants' brief is due by 5:00 PM, Friday, October, 6, 2017. Plaintiffs do not anticipate filing a response.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE