IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRUZ VALDEZ-GONZALES,
TATIANA CASAS and MARVIN MENDEZ,

    Plaintiffs,

vs.                                               CIV 17-0799 KG/KBM

PATRICK M. CONWAY, JR. and
FORWARD AIR SOLUTIONS INC.,

    Defendants.

## ORDER

This matter comes before the Court upon its Order to Show Cause. (Doc. 8). On September 25, 2017, the Court held a telephonic hearing on the Order to Show Cause and ordered additional briefing on the amount in controversy issue to determine whether this Court has diversity subject matter jurisdiction. Defendants filed their brief on October 5, 2017. (Doc. 16). Plaintiffs advised the Court at the telephonic hearing that they did not anticipate filing a response to Defendants' brief, and to date, have not filed a response. After review of Defendants' brief, the Court finds that it has subject matter jurisdiction over this case. Defendants, therefore, properly removed this case and the Court shall hear all claims asserted in the Complaint.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE