IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRUZ VALDEZ-GONZALES,
TATIANA CASAS, and
MARVIN MENDEZ,

    Plaintiffs,

v.                                            Cause No. 1:17-cv-00799-KG-KBM

PATRICK M. CONWAY, JR. and
FORWARD AIR SOLUTIONS INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss with Prejudice (Doc. 53) filed by Plaintiffs, Cruz Valdez-Gonzalez, Tatiana Casas, and Marvin Mendez, by and through their attorneys of record, MCBRIDE, SCICCHITANO & LEACOX, P.A. (Nicholas Norden, Esq.), and Defendants Forward Air Solutions, Inc. and Patrick Conway, by and through their attorneys, BUTT THORNTON & BAEHR PC (Raúl P. Sedillo and Jay J. Athey), the Court having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Plaintiffs Cruz Valdez-Gonzalez, Tatiana Casas, and Marvin Mendez's claims against Defendants Forward Air Solutions, Inc. and Patrick Conway, together with all claims that could have been asserted therein, be and are hereby dismissed with prejudice.  Each party will bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCBRIDE, SCICCHITANO & LEACOX, P.A.

*/s/ Electronically approved on 10/18/18*
Nicholas A. Norden, Esq.
2155 Louisiana Blvd NE Ste 2200
Albuquerque, NM 87110-5480
Telephone:     (505) 338-6945
Facsimile:      (505) 339-6949
nnorden@williammcbride.com
*Attorneys for Plaintiffs*

AND

BUTT THORNTON & BAEHR PC

*/s/ Raúl P. Sedillo*
Raúl P. Sedillo
Jay J. Athey
PO Box 3170
Albuquerque, NM 87190-3170
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
rpsedillo@btblaw.com
jjathey@btblaw.com
*Attorneys for Defendants*
*Forward Air Solutions, Inc. and*
*Patrick Conway*